IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAFETY NATIONAL CASUALTY CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| V. | ) Case No: 3:09-cv-482-JPG-DGW ) |
| VILLAGE OF CAHOKIA, | ) ) |
| Defendant/Third-Party Plaintiff, | ) ) |
| V. | ) ) |
| CLAIMSONE, LLC, | ) ) |
| Third-Party Defendant. | ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Safety National Casualty Corporation and against defendant/third-party plaintiff Village of Cahokia;

IT IS FURTHER DECLARED that Plaintiff Safety National Casualty Corporation has no duty under the insurance policy no. AGC-4638-IL to pay benefits for the workers' compensation claim of Robert Wright; and

IT IS FURTHER ORDERED AND ADJUDGED that the third-party claim of defendant/third-party plaintiff Village of Cahokia against third-party defendant ClaimsOne, LLC is dismissed without prejudice.

DATED: October 20, 2010        NANCY J. ROSENSTENGEL, Clerk of Court
                               **By: Jina Hoyt, Deputy Clerk**


Approved:    s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**